IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00855 JF |
| ) Plaintiff, ) | [PROPOSED] ORDER TO CONTINUE STATUS HEARING |
| ) vs. ) | |
| JAMES LIQUORI ) ) Defendant. ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial district court appearance currently set for Thursday, January 27, 2011, at 9:00 a.m., shall be continued to Thursday, February 24, 2011, at 9:00 a.m.

It is further ordered that 28 days shall be excluded from the calculation of the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: January 25, 2011

_____
HON. JEREMY FOGEL
United States District Judge

[Proposed] Order to Continue Hearing Date
CR 10-00855 JF                                                                 1