June 15th, 2011

Honorable Judge Fogel
United States Federal Court
Northern District of California

RE: CR-10-00855-JF,      UNITED STATES vs. JAMES LIQUORI

Your Honor:

I'm writing this letter in support of my father James Liquori, in the hopes that I might influence your sentencing decision by conveying to you some insights into his character that he is too proud to share.

Without knowing the details of the charges or evidence against him, I know without a shadow of doubt that his failings were not motivated by greed or spite.  Rather, his heart and soul have been dedicated throughout his life by coming to the aid of those in need, often at his own expense.

My father's biggest failing was his proud sense of responsibility to his clients, including both borrowers and lenders.  He tried to save many people from losing their homes or investments at his own personal expense.  Throughout his career, he maintained a mis-guided belief that he was personally responsible for his clients' financial situation.  He took on more than was rightfully his burden to bear, and as a result lost everything.

As evidence to this fact, please consider that over at least the last 10+ years, my father would routinely cover insufficient borrower payments out of his own pocket rather than allow a lender to experience a loss or a borrower to lose their home.  He had no fiduciary responsibility to do so, but felt it a personal responsibility.  But the shear size of the market collapse in 2007 overwhelmed his ability to cover these costs, which rapidly grew to consume his entire life's savings and all his personal assets.  He had failed to recognize the depth of the market collapse until it was too late, and only after he had severely over-extended himself in his effort to save others.

It was under this immense financial, mental and emotional pressure that he committed his crimes with the belief that he could make everyone whole given a bit more time.  His denial about the market conditions

prevented him from recognizing the risks in his actions. In short, his was a crime of desperation created by his own sense of responsibility to his friends and clients.

Dad has always held himself to impossible standards. He saw the failure of borrowers to meet their obligations as a personal failing. He believed he should have been able to read the market conditions, even when no one else could.

Throughout his adult life, my Dad has worked extremely hard and with the utmost of integrity. Nearly everyone my Dad has touched in his life have held him in the utmost of respect and admiration. His personal sense of integrity, honesty and moral responsibility have been of the highest standard.

My father is too proud to ask for references from his past clients and friends, because he feels so incredibly guilty and ashamed of his actions. He has insisted on taking full accountability for his actions, and has resisted any effort to reduce his culpability. I've met dozens of his clients over the course of my life, and every one had nothing but the highest regard for my father. Had he solicited references, I'm certain many would echo my regard for his self-less sense of integrity and moral responsibility.

I find it very difficult to express the extent of personal anguish that my father has endured due to his actions. He has literally suffered in a prison of his own making. He has experienced several years of extreme guilt, clinical depression, anxiety, insomnia and physically debilitating stress. I'm certain that these factors contributed to the brief lapse in judgment that resulted in his crimes. His compulsive sense of shame and guilt have driven his own self-exile and self-penance. During the depths of his despair, our family was extremely concerned for his personal health and safety.

My father will suffer the consequences of his actions for the rest of his life. His actions have resulted in the loss of his home, all financial resources, and by voluntarily relinquishing his licenses, his career. His remaining years will likely be very difficult, regardless of the length of his incarceration.

An extended incarceration would negatively affect his ability to repay those who have suffered from his actions. I'm fully confident that he will endeavor to re-enter the workforce in a manner that will provide as much relief to his victims. I would ask that you aid his ability to repay his debts by minimizing his incarceration as much as is appropriate to his crimes.

Finally, I would also like to request that you consider the impact of his sentence on his long-term partner Cindy Ross, who has lived with my father for most of the last 18 years.  An extended incarceration period would be an unbearable financial and emotional hardship on her.

Thank you for your time and consideration in this matter.

Sincerely,

*Mike Liquori*

Mike Liquori
President
Sound Watershed