June 12, 2011

To the Honorable Judge Fogel

RE: James Michael Liquori

I, Carol Ann Liquori, am privileged to provide insight about my brother, James Michael Liquori.

Jim shared with me that he has been investigated by the FBI for wrong doings related to his real estate practice, specifically surrounding complaints filed against him by two of his clients. I understand he has chosen to accept a lesser plea of mail fraud with sentencing to occur on or about June 23, 2011. I hope this letter will give you some insight as to Jim's background and provide additional information for your consideration prior to his sentencing.

For the record, I am 61 years old and work as a Health Information Manager at a local hospital system in Fort Myers, Florida. Never having drafted a letter such as this and not quite knowing where to begin or what to say, it may be best to convey Jim's character by sharing with you information about our family life and background.

James ("Jim") Liquori is the eldest of four children and the only son from the marriage of John Anthony Liquori and Ruth Estelle Liquori on June 23, 1945 - a union of Italian and English descent. The two youngest siblings, Robin and Kim did not come along until Jim and I were already teenagers. Raised together, Jim and I remain 'close in heart,' even with 3000+ miles between us most of our lives. Because of the age differences between Jim and our younger sisters and that Jim lived in California, Jim didn't cultivate the same close relationship with Robin and Kim that he and I continue to enjoy today!

Neither of our parents were drinkers, smokers or abusers of anything or anyone. Our parents were wholesome, genuinely good people, committed to living a decent life and teaching us right from wrong and reminding us with suitable punishment dare we forget! In fact, to the best of my knowledge, the entire family clan from the great grandparents forward has been solid, upstanding, law-abiding, respected members of the community.

We had a peaceful and pleasant childhood, seemingly typical of other middle class families during the post depression era. I'm certain we were loved by our parents, but not in a demonstrative or affectionate way. As children and now as adults, we straddle the line somewhere between obsessive compulsive behavior and perfection, seeking approval and love from family and friends. All of our siblings recognize this as both a blessing and a curse.

Jim and I grew up together in a nice neighborhood in Syracuse, New York in a two family home owed by my maternal grandmother. We lived in the upstairs flat and my Aunt Gretta and her family lived downstairs. We moved to a small Cape Cod style home in the suburbs when Jim was eleven and I was nine and later to a larger two story home. All of our homes were kept pristine and orderly through the undying effort of our Mother.

1

Growing up we had a pretty 'structured' life with school, chores, playtime, going to bed and eating "by the clock."  Our Italian heritage required some type of pasta at least twice a week, usually Wednesdays and Sundays.  Mandatory visitations with the grandparents were expected on Sundays after church.  We favored going to our maternal grandparent's home, enjoying time with our grandmother and former teacher who read, joined in a game of Parcheesi or played the piano and sang to us.  Grandpa was a self-educated man and the only man we knew who read the Encyclopedia Britannica and Webster's dictionary from cover to cover!  He was an interesting man who had a fascinating laboratory and dark room in his cellar where he would invent things and develop pictures of snowflakes!  He was a man best remembered for the fistful of index cards he carried in his shirt pocket - his personal catalogue system to an endless supply of reference books.  Jim best remembers the time he grabbed Jim upside down shaking him by his feet because Jim wouldn't stop teasing me!  We didn't have much of a relationship with our paternal grandparents who always seemed unhappy people, didn't smile much and expected lifeless mannequins for grandchildren.  We dreaded going to visit.  Looking back, it is pretty amazing my Dad grew up with such a fun-loving, easy-going and pleasant disposition, even if he wasn't around much.

In keeping with Italian tradition, we were baptized Catholic but were raised Methodist under the English influence of Mom's side of the family.  Our father would attend the Catholic Church only on holidays or special occasions and I don't recall us ever attending with him.  Our Mom was truly a Super Mom, long before the word became trendy.  She filled both parental roles and trying hard to 'do it all'.  Mom was clearly the disciplinarian while our father preferred to be 'good guy' and the 'softie.'  If our parents were in disagreement about something, the house just got quiet with limited conversation...no fighting or arguing.

Dad dropped out of seventh or eighth grade, opting for a less structured lifestyle and a paying job.  He owned his own shop, specialized in window treatments and had a reputation as being the best in the business!  As a blue collar worker, he often worked two jobs to pay for those little extras for school, camp or the family vacation.  Dad was very social, outgoing man with a light and happy disposition; I never saw the man wake up in a bad mood.  He was genuinely a happy man!  Everybody seemed to know and love "Johnny" or "Jack" as some would call him!  Dad fancied cars and camping trailers and regularly trading them in for a newer model.  I admit, he seemed driven to "keep up with the Joneses."

We didn't have a lot of money, but Dad was by Mom's standards, a good provider.  We never went without food, clothing, toys and such.  I don't recall ever being denied a school trip or a camping adventure; somehow Dad always made it happen.  What we lacked was quality time with Dad that all kids crave.  Over the years we learned he did the best he could with what he knew.  As we matured, we forgave him and loved him for who he was not who we wished he could have been.

Mom was a high school graduate, who married at nineteen.  Much more introverted, she preferred to be home rather than visit relatives or go out on the town.  Mom stayed home with Jim and me until we were school age and then she worked  as a part-time Secretary for Texaco, leaving us under the care of her sister Gretta.  Mom would arrive home perhaps a couple hours after we arrived home from school so it never felt like she was absent from our care.  As I recall, she was always there to wrap up a scraped knee or ask us to go out to play when we got to too loud playing cowboys and Indians!  Of course, Jim

always was the cowboy and I, the Indian, who day after day, would dutifully 'die' only to rise again and gallop off on my imaginary horse! Jim and I spent much of our time playing together and enjoying typical sibling rivalry...bantering back and forth and teasing each other. We also had plenty of neighborhood friends to play with and cousins to keep us entertained at family reunions.

As a young lad, Jim would catch frogs and lightning bugs, ride his bike, play ball and pretty much do what all little boys did. As a youngster, I looked up to Jim wanting to be like him and do all the neat and exciting things he did, which wasn't always permitted because I was two and a half years younger and, of course, a girl! Considering I was a tag-a-long sister, Jim was reasonably tolerant and patient when I wanted to hang out with him and his friends. If the other boys picked on or teased me, Jim always stood up for his little sister, which probably was not a 'hip' thing to do, but he always did anyway and he was MY protector and MY hero!

Jim was a "good" boy and I can only remember a few times when he managed to get himself in trouble. The first was probably when he was about 8 yrs old playing in his bedroom with his plastic army men, battling the opposing troops. He may have been trying to realistically blow up tank and managed to start a tiny fire which sent tiny pieces of blackened paper confetti into the air and left black scorch marks on the floorboards. He got in big trouble for what my parents claimed, "Almost burned the house down." He was grounded for gosh knows how long!

Later as a young teen, I remember a knock on the front door and a policeman on the other side. The police were investigating a watch that was taken from a store. Apparently Jim was with a neighbor boy who stole the watch without Jim even knowing it. The store clerk knew one of the boys took it but wasn't sure who. Jim turned out to be innocent of all but being in the wrong place and the wrong time, but he sure had some explaining to do to the policeman and, of course, the store clerk. I don't recall the punishment, but I'm not sure Jim was ever allowed in the company of that boy again!

As Jim was entering his high school years, our parents learned they were about to become parents again to another little girl (Robin), to be followed two years later to yet another little girl. Everyone was surprised, but happy and accepting of the new additions to the family! By the time the youngest (Kim) came to be, Jim was nearing his final years of high school, was in love with his first child on the way. Jim was quick to "do the right thing" by letting go of his personal aspirations so he could marry and raise the family he started! At barely 16 yr old, I remember thinking how hard that must and been for Jim and how proud I was of him of the choice he made.

As a young married man, Jim made extra money working with Dad hanging draperies and blinds. I think that time provided them both some good bonding time together, something we didn't have growing up. Jim was very proud to be able to work with his Dad and vice versa. Dad had a good reputation in town as a quality drapery man and Jim was pleased that he could "fill his father's shoes" and honored his Dad trusted him to do some difficult jobs on his own.

In the early seventies, Jim moved his family to San Jose, California where they raised two great boys...Michael and Brian - now grown and fathers of their own. In April 1993, Kathy (mid-forties) lost her battle with both breast and throat cancer. Although she and Jim were living apart and apparently on

the brink of a divorce, Jim continued to care for Kathy on every level, financially and emotionally, nurturing and supporting her journey to the light on the other side.  Once again, Jim chose to "do the right thing" for the mother of his children.

Several years after Kathy's death, Jim met Cindy Ross, a delightful lady, whom I have grown to love dearly as my sister.  Prior to meeting Jim, Cindy had been in an abusive relationship with another man.  I'm certain that Jim's gentleness and empathy for her situation played a role in the attraction between Cindy and him.  From time to time, this man appears and Jim continues to do everything he can to keep Cindy feeling safe and secure.  Again, evidence of a man best described as the protector.

Moving forward in time to the present....

I cannot speak with any great knowledge or specifics as to Jim's real estate career or business transactions.  I do know he started as a realtor, became a broker and property appraiser and during the later years also had a small portfolio of properties which he managed.

Jim's business came primarily from repeat customers and referrals from his prior clients, friends and neighbors.  Jim believes if you treat people with honesty, fairness and respect, they will return as customers or send referrals!  Jim prides himself trying to make each transaction "a win-win" for both parties, regardless of whether they were his clients or the other realtor's.  Jim would say, "It's about forming relationships and it's about trying to do the right thing each and every time!"

Having said that...  It is with heavy heart I learned of the charges pending against him and find it difficult to wrap my head around such claims of wrongdoing.  At face value, the accusations seem both incongruent and inconsistent with the man I know as my brother.  Or are they?  When I examine the stories shared within this letter and look at his childhood, a common theme prevails...that of the invincible protector.  This is someone whose manhood relies on a deep-seated need to be a savior, the 'go to guy'...the guy that will fix everything and take care of everyone!  This makes him a wonderful guy to know, a great friend of many and vulnerable to the cliché', "nice guys finish last."  This is not meant to make excuses or sidestep any wrongdoing on his part.  I certainly do not pretend to understand the complexities of the law and most likely may not be privy to the facts in this case.  From afar, I have to trust that in the eyes of the law, Jim has apparently broken the law, the very thought of which has shattered, humbled and humiliated him in to what surely would be considered clinical depression.

Your Honor, I trust being a judge is not easy and the decisions you face each day must often be difficult.  On some level, perhaps Jim's sentencing may also be difficult.  As you weigh the options available to you, please remember there is a very good man underneath the charges against him.  I swear to you he has lived his life as a kind and decent human being whose crime was based on his need to be a hero and savior.  I understand this well, for Jim and I are afflicted with the same "disease," the disease of trying to save the day or help someone with a problem."  I believe with the very fabric of my sole, that Jim was once again trying to do the right thing.

Because of this case and the charges brought against him, Jim understands he did the wrong thing. His actions were not based on intention to harm and were not malicious or malevolent. On the contrary, they were based on his compassion to help others.

Jim has shared with me his deep remorse the impact his actions have and will continue to have on others, including his clients, his family, friends and neighbors, most of who have yet to learn of his crime or of his fate. Shame, disgrace, regret and embarrassment will haunt Jim every day for the rest of his life, a punishment more punitive than any other.

Jim will undeniably be upset with me and clearly would never ask this for himself, but I shall speak on behalf of our family. Our stepfather died in 1991; our biological father died in 1992 of a stroke; our youngest sister, Kim, died unexpectedly six months ago from complication of diabetes. Our Mom, 85 years of age, lives with me in Florida. Jim was the only one to marry and have a family; the three girls never married or had children. We are a small family and Jim has for several years been the only man in our lives. Unfamiliar with the details of the plea bargain, California law or the options available, we sincerely ask for your mercy and plead for a decision to suspend Jim's jail time and in lieu thereof, sentence him to a corresponding term of community service. We ask that you his consider his upbringing, his "clean record" and his willingness to cooperate with the authorities every step of the way, probably to the detriment of his own defense. Wouldn't it not be better to have him serve his community in a meaning way, rather than sentence him to a correctional facility?

Know also that I am willing and able to serve as his "sponsor" and would gladly accept custody of him in Florida, if that were permissible. I am available should you wish to ask anything further of me, please do not hesitate to contact me. My preference would have been to be present for the sentencing hearing, but Jim asked me to promise that I would not attend. He did not want an "audience" and I chose to respect his decision.

Time passes and things change, but my admiration and love for Jim has never wavered and never will! I am as proud of him today as I always have been! He will always be my hero and my mentor!

With sincere appreciation for your time and consideration,

Carol A. Liquori

Fort Myers, Florida   33908