IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00855 JF |
| Plaintiff, | ) ) | [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING |
| vs. | ) ) | |
| JAMES LIQUORI | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the restitution hearing currently set for Thursday, August 4, 2011, at 9:00 a.m., shall be continued to Thursday, August 11, 2011, at 9:00 a.m.

Dated: August  4 , 2011

_____
HON. JEREMY FOGEL
United States District Judge

[Proposed] Order to Continue Hearing Date
CR 10-00855 JF                                                        1