1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,              )        No. CR-10-00855 JF
10                                     )
                    Plaintiff,         )        [PROPOSED] ORDER TO CONTINUE
11                                     )        RESTITUTION HEARING
vs.                                    )
12                                     )
JAMES LIQUORI                          )
13                                     )
                    Defendant.         )
14  _____)

15          Good cause appearing and by stipulation of the parties, it is hereby ordered that the

16  restitution hearing currently set for Thursday, August 11, 2011, at 9:00 a.m., shall be continued

17  to Thursday, August 25, 2011, at 9:00 a.m.

18

19
    Dated: August 11, 2011
20
                                        _____
21                                      HON. JEREMY FOGEL
                                        United States District Judge
22

23

24

25

26

[Proposed] Order to Continue Hearing Date
CR 10-00855 JF                                  1