1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LIQUORI

6

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,       )   No. CR-10-00855 JF
                                   )
11            Plaintiff,            )   STIPULATION RE ORDER OF
                                   )   RESTITUTION
12 vs.                              )
                                   )
13 JAMES LIQUORI,                   )
                                   )
14            Defendant.            )
   _____ )
15
        The parties hereby stipulate and agree that restitution in the above-captioned matter may
16
   be ordered in the amount of **$1,745,245.04**, to be distributed as follows:
17
   David Mezzetta . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $165,000.00
18
   Adriana Farkouh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $264,000.00
19
   Tim Yates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $193,000.00
20
   Frank Yates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $194,000.00
21
   Russell Farkouh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $140,000.00
22
   Loretta Azevedo . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $127,000.00
23
   Tim Muller . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $76,885.00
24
   John Dariano . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $353,089.00
25
   Valentine Garcia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $168,000.00
26

   Stipulation re Restitution
   CR 10-00855 JF                                    1

1 | Diane Wales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $63,260.04

2 | **Total Restitution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,745,234.04**

3   The parties further stipulate that restitution shall be payable to the Clerk of the Court at a rate of $100 per month upon Mr. Liquori's release from imprisonment, subject to modification by the Court in accordance with Mr. Liquori's financial circumstances.

   The parties further stipulate that Mr. Liquori does not have the ability to pay interest under this subsection and that the requirement for interest may be waived pursuant to 18 U.S.C. § 3612(f)(3)(A).

Dated: August 23, 2011

                                        s/_____
                                        CYNTHIA C. LIE
                                        Assistant Federal Public Defender

Dated: August 23, 2011

                                        s/_____
                                        JEFFREY B. SCHENK
                                        Assistant United States Attorney