IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00855 JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] RESTITUTION ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES LIQUORI | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that defendant shall pay restitution in the above-captioned matter in the amount of **$1,745,245.04**, to be distributed as follows:

David Mezzetta . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $165,000.00

Adriana Farkouh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $264,000.00

Tim Yates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $193,000.00

Frank Yates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $194,000.00

Russell Farkouh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $140,000.00

Loretta Azevedo . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $127,000.00

Tim Muller . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $76,885.00

John Dariano . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $353,089.00

1 | Valentine Garcia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $168,000.00

2 | Diane Wales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $63,260.04

3 | **Total Restitution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,745,234.04**

Restitution shall be payable to the Clerk of the Court at a rate of $100 per month upon Mr. Liquori's release from imprisonment, subject to modification by the Court in accordance with Mr. Liquori's financial circumstances.

The Court further finds that Mr. Liquori does not have the ability to pay interest on the restitution judgment and hereby waives the requirement of interest pursuant to 18 U.S.C. § 3612(f)(3)(A).

Dated: August 25, 2011

_____
HON. JEREMY FOGEL
United States District Judge