```
1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LIQUORI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>                Plaintiff,            )<br>                                    )<br>        vs.                         )<br>                                    )<br> JAMES LIQUORI                       )<br>                                    )<br>                Defendant.           )<br> _____) | No. CR-10-00855 JF<br><br>AMENDED STIPULATION RE ORDER OF RESTITUTION |

The parties hereby stipulate and agree that restitution in the above-captioned matter may be ordered in the amount of **$1,744,234.04**, to be distributed as follows:

David Mezzetta . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $165,000.00

Adriana Farkouh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $264,000.00

Tim Yates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $193,000.00

Frank Yates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $194,000.00

Russell Farkouh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $140,000.00

Loretta Azevedo . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $127,000.00

Tim Muller . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $76,885.00

John Dariano . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $353,089.00

Valentine Garcia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $168,000.00

Diane Wales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $63,260.04

**Total Restitution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,744,234.04**

The parties further stipulate that restitution shall be payable to the Clerk of the Court at a rate of $100 per month upon Mr. Liquori's release from imprisonment, subject to modification by the Court in accordance with Mr. Liquori's financial circumstances.

The parties further stipulate that Mr. Liquori does not have the ability to pay interest under this subsection and that the requirement for interest may be waived pursuant to 18 U.S.C. § 3612(f)(3)(A).

Dated: September 13, 2011

                    s/_____
                    CYNTHIA C. LIE
                    Assistant Federal Public Defender

Dated: September 13, 2011

                    s/_____
                    JEFFREY B. SCHENK
                    Assistant United States Attorney