| | | EJ-001 | |
|---|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address):* | TEL NO.: | | |

☑ Recording requested by and return to:
Diane L Wales
3208 Pierce St #407
San Francisco, CA 94123

☐ ATTORNEY FOR ☑ JUDGMENT CREDITOR ☐ ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 450 Golden Gate Avenue 16th Floor
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: U.S District Court Clerk's Office

FOR RECORDER'S USE ONLY

PLAINTIFF: United States of America

DEFENDANT: James Liquori

**ABSTRACT OF JUDGMENT** ☐ Amended

CASE NUMBER: CR-10-00855 JF

1. The ☑ judgment creditor ☐ assignee of record
applies for an abstract of judgment and represents the following:
 a. Judgment debtor's
     Name and last known address
     ```
     James Liquori
     Cornell Corrections
     205 MACARTHUR BLVD
     Oakland, CA 94610-2921
     ```
 b. Driver's license No. and state: ☑ Unknown
 c. Social security No.: ☑ Unknown
 d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

 e. ☑ Original abstract recorded in this county:
     (1) Date: 08/31/2011
     (2) Instrument No.:

 f. ☐ Information on additional judgment debtors is shown on page two.

Date: 6/11/13

(TYPE OR PRINT NAME)

▶ (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. ☑ I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. ☑ A certified copy of the judgment is attached.
3. Judgment creditor *(name and address):*

4. Judgment debtor *(full name as it appears in judgment):*
James Liquori

[SEAL]

5. a. Judgment entered on *(date):* 1-6-12
   b. Renewal entered on *(date):*

This abstract issued on *(date):*
[JUN 1 1 2013]

6. Total amount of judgment as entered or last renewed:
$
7. ☐ An ☐ execution lien ☐ attachment lien
   is endorsed on the judgment as follows:
   a. Amount: $ 63,260.04
   b. In favor of *(name and address):*
   Diane L. Wales
   3208 Pierce St #407
   San Francisco, CA 94123

8. A stay of enforcement has
   a. ☑ not been ordered by the court.
   b. ☐ been ordered by the court effective until *(date):*
9. ☐ This judgment is an installment judgment.

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2003]

**ABSTRACT OF JUDGMENT**
**(CIVIL)**

MARK J. JENKINS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF: United States of America | CASE NUMBER: |
|---|---|
| DEFENDANT: James Liquori | CR-10-00855 JF |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

**10.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**11.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**12.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**13.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**14.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**15.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**16.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**17.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**18.** ☐ Continued on Attachment 18.