# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue



## Report on Offender Under Supervision

| | |
|---|---|
| **Name of Offender** | **Docket Number** |
| James Liquori | 0971 5:10CR00855-001 JF |

**Name of Sentencing Judge:** The Honorable Jeremy Fogel
United States District Judge

**Date of Original Sentence:** June 23, 2011

**Original Offense**
Count One: Mail Fraud, 18 U.S.C. § 1341, a Class C Felony.

**Original Sentence:** 41 months imprisonment followed by three years of supervised release.

**Special Conditions:** $100 special assessment; $1,744,234.04 restitution; financial disclosure; not open any new lines of credit and/or incur new debt; not maintain a position of fiduciary capacity; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection.

This petition is being forwarded as a duty matter to the Honorable Beth Labson Freeman.

**Prior Form(s) 12:** None

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | September 19, 2014 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Jeffrey Schenk | Cynthia Lie (AFPD) |

## Petitioning the Court to Take Judicial Notice

### Cause

According to the Offender Payment Enhanced Report Access (OPERA), the client's outstanding restitution balance as of June 8, 2017, is $1,740,784.04, as $3,450 has been collected. Mr. Liquori has satisfied the $100 special assessment in full, as of September 18, 2012. During the course of supervision, the client has submitted consistent monthly payments at a rate of no less than $150, as court-ordered toward the restitution balance.

## Action Taken and Reason

Mr. Liquori is 70 years old and currently resides in San Jose, CA with his significant other, Cindy Ross. He receives a net income of $2,048 bi-weekly. Mr. Liquori works for Danmer Custom Shutters as a Shutter Designer. To Mr. Liquori's credit, he has remained in compliance with the release conditions, with the exception of the outstanding restitution balance.

The U.S. Probaiton Office recommends the client's supervision terminate on September 18, 2017, as scheduled. The client understands that he must continue making payments through the U.S. Attorney's Office Financial Litigation Unit, after the expiration of his term of supervised release.

Pursuant to 18 U.S.C. § 3613 (b) and (f), the ability to pay restitution shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment. Therefore, the United States Attorney's Office has the authority to collect monies from the client until September 19, 2034. It is recommended the offender be allowed to terminate form his supervised release with an outstanding restitution balance.

Respectfully submitted,

Amy Rizor
Supervisory U.S. Probation Officer
Date Signed: June 15, 2017

Reviewed by:

Joshua Sparks
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

- [x] The Court concurs and takes judicial notice
- [ ] Submit a request to modify supervision
- [ ] Submit a request for a warrant
- [ ] Submit a request for summons
- [ ] Other:

Date: June 15, 2017

Beth Labson Freeman
United States District Judge